UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| RONALD BURLIE THOMAS § § | |
| vs § § | FILE NO.: 4:17cv522-BSM |
| BORG-WARNER MORSE TEC LLC, § et al § § | |

MOTION FOR SUMMARY JUDGMENT
BY DEFENDANT, NATIONAL AUTOMOTIVE PARTS ASSOCIATION

To the Honorable United States District Court:

National Automotive Parts Association ("NAPA"), one of the defendants in this case, moves for summary judgment.

1. **Grounds for Summary Judgment**

In this products liability case governed by Arkansas law, Plaintiff alleges NAPA manufactured or supplied asbestos-containing products. The summary judgment evidence establishes as a matter of law that NAPA neither manufactures, sells, nor distributes any products, let alone asbestos products. NAPA is therefore entitled to a take-nothing summary judgment.

2. **Brief in Support of Motion**

In compliance with Local Rule 7.2, NAPA is also filing its brief consisting of a concise statement of relevant facts and applicable law. This brief is incorporated herein by reference for all purposes.

3. **Summary Judgment Evidence**

For its summary judgment evidence, NAPA relies on excerpts of the deposition of Gaylord Spencer, NAPA corporate representative, attached hereto as Exhibit A and incorporated herein by reference for all purposes:

**4.     Statement of Material Facts ─ No Genuine Dispute to be Tried**

In compliance with Local Rule 56.1, NAPA annexes to its motion a separate, short and concise statement of the material facts as to which NAPA contends there is no genuine dispute to be tried.   This statement of material facts is incorporated herein by reference for all purposes.

**5.     Relief Requested**

NAPA moves for summary judgment on all causes of action alleged by Plaintiff against NAPA and for an order dismissing NAPA from this case with prejudice.

WHEREFORE, PREMISES CONSIDERED, National Automotive Parts Association prays that the Court grant this motion, render a take-nothing summary judgment with prejudice against Plaintiff and in favor of NAPA on all claims and causes of action alleged by Plaintiff, award costs in favor of NAPA, and award such other relief to which NAPA may show just entitlement.

Respectfully submitted,

/s/ *J. Dennis Chambers*
**J. Dennis Chambers**
Arkansas Bar No. 80025
dchambers@arwhlaw.com
Brandon Cogburn
Arkansas Bar No. 02094
bcogburn@arwhlaw.com
**Atchley, Russell, Waldrop & Hlavinka, L.L.P**.
1710 Moores Lane
Texarkana, TX 75503
Tel 903-792-8246
Fax 903-792-5801
Attorneys for Defendant
National Automotive Parts Association

## Verification

State of Texas      )
                    )
County of Bowie     )

    Before me, the undersigned authority, personally appeared J. Dennis Chambers who, upon his oath, stated as follows:

    My name is J. Dennis Chambers. I am over the age of eighteen years, of sound mind, and competent to testify. I have personal knowledge of the matters stated in this verification paragraph. I am counsel of record and lead attorney for Defendant, National Automotive Parts Association, in the above-styled case. Exhibit A to this motion contains true and correct excerpts of the deposition transcript of the identified deponent.

_____
J. Dennis Chambers

To certify which witness my hand and seal of office on this date, August 30th, 2018

_____
Notary Public, State of Texas

LEJEAN TERAVEST
NOTARY PUBLIC
STATE OF TEXAS
ID # 206528-6
My Comm. Expires 04-30-2021

**Certificate of Service**

I hereby certify that on this 30th day of August, 2018, a true and correct copy of the above and foregoing document has been served via ECF filing to the following:

George R. Wise, Jr.
gwise@bradhendricks.com

Ben Braly
bbraly@dobllp.com

All known defense counsel

/s/ *J. Dennis Chambers*
**J. Dennis Chambers**
