# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**RONALD BURLIE THOMAS** §
§
vs § **FILE NO.: 4:17cv522-BSM**
§
**BORG-WARNER MORSE TEC LLC,** §
et al §

## Exhibit A to Motion for Summary Judgment
## by Defendant, National Automotive Parts Association

## Excerpts from the Deposition Testimony of Gaylor Spencer

Page 7

9 GAYLORD SPENCER,
10 having been first duly sworn, was examined and
11 testified as follows:

17 [Q.] Will you please introduce yourself.
18 **A. My name is Gaylord Spencer.**
19 Q. Mr. Spencer, do you understand that
20 you are here today because you have been
21 designated by attorneys for the National
22 Automotive Parts Association, or NAPA, to be the
23 corporate representative for them in this
24 deposition?
25 **A. Yes.**

Page 10

16 Q. Okay. As I understand it, you are
17 the Corporate Secretary of the National Automotive
18 Parts Association or NAPA, correct?
19 **A. Yes.**
20 Q. Okay. Are you an employee of the
21 Genuine Parts Company?
22 **A. No.**

Page 14

5 [Q.] NAPA does not manufacture products,
6 correct?
7 **A. NAPA doesn't manufacture, sell, or**
8 **distribute any products**.

23 [Q.] In your own words, can you describe
24 for us what is NAPA.
25 **A. Well, NAPA is a membership**

Page 15

1 **corporation formed in Michigan in 1925 that,**
2 **basically, serves at the pleasure of our members**.
3 **It was formed back then as a way to**
4 **get things under one umbrella. The automotive**
5 **parts business at that point was very fragmented**
6 **and you could only gets parts from OE**
7 **manufacturers**.
8 **So this group of Continental Motor**
9 **parts distributors banded together to try to form a**
10 **way to get parts easier, better, and more**
11 **organized**.
12 **And if you understand that, then you**
13 **kind of can fast forward through the years. It's**
14 **made up of members that are, basically, parts**
15 **distributors**.
16 Q. Okay. Currently the only -- the
17 only member of the association is Genuine Parts
18 Company, correct?
19 **A. Yes**.

25 [Q] Between 1928 and the present day,

Page 16

1 there have been other members of the National
2 Automotive Parts Association, correct?
3 **A. Yes**.

Page 18

1 [Q.] NAPA currently maintains sixty
2 Distribution Centers around the United States,
3 correct?

5 A. **Well, NAPA is a membership company.**
6 **They don't have any Distribution Centers. NAPA**
7 **doesn't own any Distribution Centers.**
8 **Genuine Parts Company has**
9 **fifty-seven Distribution Centers right now.**
10 Q. Okay. How many employees does NAPA
11 have?
12 **A. Thirteen.**

Page 28

2 [Q.]  NAPA, as an association, has a --
3 it's not a franchise, it's a -- there's a name for
4 it -- a retailer cooperative of sorts; is that fair
5 to say?

9 **A. I have never heard that called. We**
10 **always refer to ourselves as a membership**
11 **association, sometimes a trade association.**
12 Q. All right. NAPA, as an association,
13 has a method by which someone who runs an auto
14 parts store can have access to NAPA distribution
15 and NAPA signage, correct?

17 **A. Part of what NAPA does is we provide**
18 **marketing programs and services to member**
19 **companies.**

Page 30

6 Q. And the Distribution Center, at
7 least according to you, is not really NAPA
8 employees, they are Genuine Parts employees; is
9 that what I'm hearing from you?
10 **A. That's correct.**

Page 35

9 Q. ... I understand
10 that NAPA is organized as a nonprofit corporation;
11 is that correct?
12 **A. That's correct.**

Page 46

18 Q. Okay. It's your contention, as you
19 sit here today, though, that the Distribution
20 Centers that are labeled NAPA, and referred to as
21 NAPA Distribution Centers -- called NAPA
22 Distribution Centers on NAPA's website -- are
23 really just Genuine Parts Corporation Distribution
24 Centers; is that right?
25 **A. Yes.**

Page 53

22 Q. Would it be fair to say that using
23 the kind of the parlance that you have been using
24 as far as dividing NAPA and GPC here -- that NAPA,
25 as NAPA -- primarily what they provide are

Page 54

1 marketing-based solutions for member companies?
3 **A. Yeah. I describe it as marketing**
4 **programs and advertising.**
5 Q. Okay. And that would include --
6 when you say things like point of -- you used a
7 phrase and I didn't --
8 **A. Point of purchase.**
9 Q. Point of purchase, yeah.
10 Like when you go into a NAPA branded
11 store, and you see one of these poster boards that
12 extols the virtues of some NAPA-branded product --
13 that would be something that would originate from
14 NAPA, correct?

16 **A. That's something that the NAPA**
17 **Marketing Department would do, yes.**

25 [Q. ]The NAPA branded product in the NAPA

Page 55

1 promotional literature was not made by NAPA?
2 **A. That's correct.**

8 Q. That's always been part of what NAPA
9 does, correct?
10 **A. I guess as -- since my tenure at**
11 **NAPA, primarily what we have done is provide**
12 **marketing programs, advertising, platforms to try**
13 **to make everybody feel better about the NAPA brand.**
14 The name -- be it recognized -- have it recognized,
15 and so on.

Page 57

1 Q. When you started in 1990, how many
2 member companies were there of NAPA, other than
3 Genuine Parts Company?
4 **A. I knew you were going to ask that.**
5 **I believe there were five. There was Genuine**

6 **Parts, there was NAPA Hawaii, there was Quaker City**
7 **Motor Parts, there was Davis & Willmar, and there**
8 **was Britten Brothers**.

                                                    Page 59

3 Q. It is correct that NAPA never
4 endeavored to provide any kind of cautionary
5 statements, warning statements, or anything like
6 that to Genuine Parts Company or any of their other
7 member companies or to any of their marketing
8 information about potential hazards associated with
9 asbestos; is that fair?

11 **A. That's not really NAPA's role. I**
12 **mean, NAPA is not in the distribution chain. So it**
13 **would be correct to say that NAPA didn't have a**
14 **role in that**.

                                                    Page 61

19 Q. NAPA provides signage -- we have
20 already talked about this -- correct?

22 **A. Point of purchase sales signage.**
23 Q. What about the great big sign on the
24 outside, the giant blue and yellow octagonal NAPA
25 sign; who provides that?

                                                    Page 62

1 **A. I mean, that's a third party,**
2 **obviously. I mean, NAPA doesn't provide it, nor**
3 **does Genuine Parts. They are buying it from some**
4 **third party**.
5 **The only part NAPA would have played**
6 **in that a long time ago would have been the design**.
7 Q. Just as basic trademark issues, NAPA
8 licenses that logo to other people to manufacture?

10 **A. NAPA licenses suppliers to utilize**
11 **the NAPA logo, yes**.