UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| **RONALD BURLIE THOMAS** § | |
| § | |
| vs § | FILE NO.: 4:17cv522-BSM |
| § | |
| **BORG-WARNER MORSE TEC LLC,** § | |
| et al § | |

**STATEMENT OF MATERIAL FACTS**
**(Annexed to National Automotive Parts Association's Motion for Summary Judgment)**

National Automotive Parts Association ("NAPA"), one of the defendants in this case, in compliance with Local Rule 56.1, sets forth the following statement of material facts as to which NAPA contends there is no genuine dispute to be tried.

1. NAPA is a non-profit membership corporation formed in Michigan in 1925, currently employing only thirteen people.

2. Since NAPA was formed, it has had a number of members, including Genuine Parts Company, NAPA Hawaii, Quaker City Motor Parts, Davis & Willmar, and Britten Brothers.

3. As a member association or trade association, NAPA provides marketing programs and advertising platforms and services to member companies for NAPA-brand recognition. NAPA licenses its logo for suppliers' use and provides point of purchase sales signage.

4. NAPA does not manufacture, sell, or distribute any products.

5. NAPA-branded products in NAPA promotional literature are not made by NAPA.

6. NAPA has never owned any distribution center.

7.  Since NAPA is not in the product distribution chain, NAPA had no role in providing any information about potential hazards associated with asbestos.

8.  Currently, Genuine Parts Company, the only member of NAPA, owns fifty-seven NAPA branded distribution centers which are involved in moving products from point of manufacture to point of end use. These distribution centers are staffed by Genuine Parts employees, not NAPA employees.

Respectfully submitted,

/s/ *J. Dennis Chambers*
**J. Dennis Chambers**
Arkansas Bar No. 80025
dchambers@arwhlaw.com
Brandon Cogburn
Arkansas Bar No. 02094
bcogburn@arwhlaw.com
**Atchley, Russell, Waldrop & Hlavinka, L.L.P**.
1710 Moores Lane
Texarkana, TX 75503
Tel 903-792-8246
Fax 903-792-5801
Attorneys for Defendant
National Automotive Parts Association

**Certificate of Service**

I hereby certify that on this 30th day of August, 2018, a true and correct copy of the above and foregoing document has been served via ECF filing to the following:

George R. Wise, Jr.
gwise@bradhendricks.com

Ben Braly
bbraly@dobllp.com
All known defense counsel

/s/ *J. Dennis Chambers*
J. Dennis Chambers